UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

07-cv-366-JM

Conway, NH, 126 Davis Hill Road et al.

ORDER

Upon application of Lyndon K. Larrabee, and finding that under 18 U.S.C. § 983(b)(2)(A) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services Corporation that Michael J. Sheehan may provide representation to the applicant on his behalf, it is

ORDERED that pursuant to 18 U.S.C. § 983, the Legal Service Corporation (LSC) shall provide counsel to the applicant and that Michael J. Sheehan shall be such counsel.

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to Michael J. Sheehan or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

Michael J. Sheehan shall promptly file an appearance in this matter on behalf of Lyndon K. Larrabee.

SO ORDERED.

Dated: March 4, 2008

James R. Muirhead
United States Magistrate Judge