UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.          Civil No. 07-cv-366-JM

<u>Conway, NH, 126 Davis Hill Road et al.</u>

O R D E R

  Pursuant to the Court's Order dated March 4, 2008 Michael J. Sheehan, Esq. was appointed to represent claimant Lyndon K. Larrabee on his claim for Land and Buildings Located at 126 Davis Hill Road, Conway, New Hampshire.

  It was further ordered that Michael J. Sheehan shall promptly file an appearance in this matter on behalf of Lyndon K. Larrabee.

  Michael J. Sheehan, Esq., having failed to promptly file an appearance on behalf of Lyndon K. Larrabee, it is hereby ordered that Attorney Sheehan shall file an appearance within ten (10) days of the date of this order or a show cause hearing will be held on April 24, 2008 at 9:30 a.m. to show cause why an appearance has not been filed.

  Lyndon K. Larrabee's claim was filed on January 15, 2008 with an answer to the Verified Complaint for Forfeiture in Rem due by February 7, 2008.  It is ordered that an answer shall be filed within ten (10) days of the date of this order.

SO ORDERED.


April 9, 2008                                  /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

cc:    Robert J. Rabuck, Esq.
       Charles W. Gallagher, Esq.
       Michael J. Sheehan, Esq.